IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR95 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JERMETRE ENGLISH, | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Jessica P. Douglas to allow her and her office to withdraw from further representation of the Defendant (Filing No. 32).

This case involves crack cocaine. However, the Defendant was sentenced to the mandatory minimum sentence of 120 months. Therefore, no relief is available to the Defendant as a result of the recent amendment regarding crack cocaine. Most likely for this reason, the Federal Public Defender was not appointed in this case. Therefore, the motion is denied as moot.

IT IS ORDERED that the motion filed by Assistant Federal Public Defender Jessica P. Douglas to allow her and her office to withdraw from further representation of the Defendant (Filing No. 32) is denied as moot.

DATED this 16th day of April, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge